UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 20  4 06 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

EDWARD WILSON            :

:    CIVIL NO. 02-CV-1114(JBA)

v.                       :

:

MERRIT                   :    DATE: OCTOBER 20, 2003

## WRIT OF HABEAS CORPUS

### TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF CARL ROBINSON CORRECTIONAL INSTITUTION

By the authority of the United States of America, you are hereby commanded to bring Edward Wilson, Inmate #177117, who is now confined at Carl Robinson Correctional Institution, Enfield, Connecticut, before the United States District Court for the District of Connecticut at 141 Church Street, New Haven, Connecticut, Courtroom #4, on the 12th day of November 2003, at 2:00 p.m., to participate in a settlement conference before this Court.

Dated at New Haven, Connecticut, this 20th day of October, 2003.

BY ORDER OF THE COURT

Joan Glazer Margolis
United States Magistrate Judge