FILED
Oct 24  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WILSON<br>　　Plaintiff | : CIVIL ACTION 3:02cv1114(JBA) |
| v. | : |
| SERGEANT MERRITT<br>　　Defendant | : October 23, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant Sergeant Merritt in the above-captioned matter hereby respectfully requests an extension of fourteen (14) days until November 7, 2003 in which to respond and/or object to Plaintiff's Interrogatories and Requests for Production dated September 23, 2003. The reason for said request is that such time is needed to properly complete and certify same. This is the first request for an extension of time in which to file responses to the plaintiff's Interrogatories and Request for Production.

The undersigned's office has spoken with the plaintiff who is a pro-se plaintiff and he has no objection to the granting of this motion.

DEFENDANT,

By _____
William J. Melley III
250 Hudson Street
Hartford, CT 06106
(860) 247-9933
fax (860) 247-9944
CT 06355

## *CERTIFICATION*

This is to hereby certify that a copy of the foregoing was mailed this date to:

Edward Wilson
Inmate No.: 177117
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
William J. Melley III