# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDWARD WILSON             **PRO BONO APPEARANCE**

V             CASE NUMBER: 3:02cv1114(JBA)(JGM)

OFFICER MERRITT

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:

Edward Wilson (for purposes of Settlement Conference only)

---

October 27, 2003
Date

_____
Signature

ct02515
Connecticut Federal Bar Number

Adam J. Teller
Print or Type Name

(860)528-2145
Telephone Number

Leone, Throwe, Teller & Nagle
Firm Name

33 Connecticut Boulevard
P.O. Box 280225
Address

East Hartford, CT 06128-0225
City      State    Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

William J. Melley, III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

Edward Wilson, Inmate #177117
Carl Robinson Correction Institution
P.O. Box 1400
Enfield, CT 06083

Signature    Adam J. Teller

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)