UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2003 OCT 27 P 3: 09

EDWARD WILSON

v.

OFFICER MERRITT

PRISONER
CIVIL NO: 3:02CV1114 (JBA)(JGM)

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Adam J. Teller, Esquire, Leone, Throwe, Teller & Nagle, 33 Connecticut Blvd., East Hartford, CT 06108, Tel: (860) 528-2145</u> is appointed as pro bono counsel for the plaintiff, <u>Edward Wilson</u>, for the limited purpose of representing the plaintiff at the scheduled settlement conference. Counsel is directed to contact the above-named plaintiff as soon as possible and file a pro bono appearance form.

Dated at Bridgeport, Connecticut this 27th day of October, 2003.

KEVIN F. ROWE, Clerk
By

*Cynthia Earle* (signature)

Cynthia Earle,
Staff Attorney