FILED
Oct 24  2 50 PM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WILSON<br>Plaintiff | : CIVIL ACTION 3:02cv1114(JBA) |
| v. | : |
| SERGEANT MERRITT<br>Defendant | : October 23, 2003 |

### MOTION FOR EXTENSION OF TIME

The defendant Sergeant Merritt in the above-captioned matter hereby respectfully requests an extension of fourteen (14) days until November 7, 2003 in which to respond and/or object to Plaintiff's Interrogatories and Requests for Production dated September 23, 2003. The reason for said request is that such time is needed to properly complete and certify same. This is the first request for an extension of time in which to file responses to the plaintiff's Interrogatories and Request for Production.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _J. A. Brown_
Deputy Clerk

U.S. DISTRICT COURT
NEW HAVEN, CONN.
Oct 31  3 33 PM '03
FILED