UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

November 12, 2003

2:00 P.M.

*Held 2:08 - 3:00 (52 minutes)*

3-02-cv-1114   (JBA) Wilson v Merritt

---

COUNSEL OF RECORD:

| | |
|---|---|
| ✓ William J. Melley III | Law Offices of William J. Melley, III, 250 Hudson Street, Hartford, CT 860-247-9933 |
| ✓ Edward Wilson | Carl Robinson Correction Institution, P.O. Box 1400, Enfield, CT |
| ✓ *Adam Teller, Esq.* | |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK