UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WILSON<br>Plaintiff | : CIVIL ACTION 3:02cv1114(JBA)(JGM) |
| v. | |
| SERGEANT MERRITT<br>Defendant | : NOVEMBER 21, 2003 |

## MOTION TO COMPEL

The Plaintiff Edward Wilson having complied with the provision of Rule 37a (2)(A) of the F.R.C.P. and Rule 37(a)(2) of the Local Civil Rule of The U.S. District Court for the District of CT respectfully request that the Court compel a deposition of Sergeant Merritt with a Htfd Police Dept official present that can produce answers and all copies of records of all complaints made against Sergeant Merritt during his length of service before a Court Reporter or other competent authority at the Federal Court upon the most earliest convenience of time.

Plaintiff,

*Edward Wilson*
Edward Wilson
C.R.C.I.
P.O. Box 1400
Enfield, CT 06083

## CERTIFICATION

This is to hereby certify that the Plaintiff did make a good faith effort to resolve this discovery dispute through his request pursuant to F.R.C.P. 33 that the Defendant Sergeant Merritt and The Htfd Police Dept answer interrogatories and Pursuant to Rule 34 of the F.R.C.P that the Defendant produce copies of all records of complaints made against Sergeant Merritt during his length of service.

Plaintiff,

*Edward Wilson*
Edward Wilson

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed this date to: William J. Melley III, 250 Hudson St., HTFD, CT 06106 (opposing counsel)

Plaintiff,

*Edward Wilson*
Edward Wilson