FILED

2003 DEC -5 P 12: 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PRISONER

EDWARD WILSON : CIVIL ACTION 3:02cv1114(JBA)
    Plaintiff

v. :

SERGEANT MERRITT : December 4, 2003
    Defendant

### OBJECTION TO MOTION TO COMPEL

The defendant objects to the Motion to Compel for the reason that, again, the plaintiff references the Hartford Police Department as a party, although it is not, and the plaintiff has not presented a basis to compel as to the defendant. A Memorandum will be filed.

DEFENDANT,

By_____
William J. Melley III
250 Hudson Street
Hartford, CT 06106
(860) 247-9933
fax (860) 247-9944
CT 06355

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date to:

Edward Wilson
Inmate #177117
Carl Robinson Correction Institution
P.O. Box 1400
Enfield, CT 06083

_____
William J. Melley III