UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT           3/15/04

EDWARD WILSON
PLAINTIFF                                    : CIVIL ACTION 3:02CV1114(JBA)(JGM)
V.

SERGEANT MERRITT
DEFENDANT                                    : MARCH 11, 2004

## MOTION FOR SETTLEMENT CONFERENCE DATE

THE PLAINTIFF EDWARD WILSON RESPECTFULLY REQUEST THAT A SETTLEMENT CONFERENCE BE SCHEDULED IN THIS MATTER FOR THE UP COMING MONTH OF APRIL THIS YEAR OF 2004. THE PLAINTIFF DOES BELIEVE THAT WITH A RESPECTFULLY NEGOTIATION WITH THE PRESENCE OF THE DEFENDANT(S) TO AUTHORIZE AGREEMENT, A SETTLEMENT CAN BE REACHED AT THIS TIME.

THE PLAINTIFF,

*Edward Wilson*

EDWARD WILSON, PROSE
BERGIN C.I. I/M# 177117
251 MIDDLE TURNPIKE
STORRS, CT 06268

### CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS DATE TO: WILLIAM J. MELLEY III, 250 HUDSON STREET, HARTFORD CT 06106. (ATTORNEY OF SGT. MERRITT & C/O CITY CLERK)

THE PLAINTIFF,

*Edward Wilson*

EDWARD WILSON, PROSE