UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD WILSON : 
: CIVIL NO. 02-CV-1114(JBA)
v. :
:
MERRIT : DATE: MARCH 25, 2004

### WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF BERGIN CORRECTIONAL INSTITUTE**

By the authority of the United States of America, you are hereby commanded to bring Edward Wilson, Inmate #177117, who is now confined at Bergin Correctional Institute, Storrs, Connecticut, before the United States District Court for the District of Connecticut at 141 Church Street, New Haven, Connecticut, Room 311, on the 29th day of April 2004, at 9:00 a.m., to participate in a settlement conference before this Court.

Dated at New Haven, Connecticut, this 25th day of March, 2004.

BY ORDER OF THE COURT

Joan Glazer Margolis
United States Magistrate Judge