UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

———————————————————
EDWARD WILSON           :
                        :
vs.                     :  3:02 CV 1114 (JBA)
                        :
SERGEANT MERRIT         :
———————————————————:  JUNE 2, 2004

### STIPULATION FOR DISMISSAL
### PURSUANT TO RULE 41

Pursuant to FRCP Rule 41(a), the parties hereby agree to dismissal of the above action as to all defendants with prejudice, and without costs to any party.

THE PLAINTIFF
EDWARD WILSON

BY _____
Adam J. Teller, His Attorney
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
P.O. Box 280225
East Hartford, CT 06128-0225
Federal Bar No.: CT 02515

**NEITHER ORAL ARGUMENT NOR TESTIMONY ARE REQUIRED**

```
                              THE DEFENDANT
                              SERGEANT MERRITT


                              BY_____
                                William J. Melley, III, His Attorney
                                Law Offices of William J. Melley, III
                                250 Hudson Street
                                Hartford, CT 06106


                         O R D E R
```

   The above Stipulation having been heard by the Court, it is hereby ORDERED:

   GRANTED/DENIED


                              BY THE COURT


                              _____
                              Judge/Clerk/Assistant Clerk

-2-

## C E R T I F I C A T I O N

     This is to certify that a copy of the foregoing was mailed on June __2__, 2004 to:

William J. Melley, III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

                                 Adam J. Teller, Esquire

LEONE, THROWE,
TELLER & NAGLE
ATTORNEYS AT LAW
33 CONNECTICUT BLVD.
EAST HARTFORD, CT
06128-0225
TEL. (860) 528-2145
JURIS NO. 33786

-3-